Reversed and Remanded and
Memorandum Opinion filed April 29, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00593-CV

____________

 

THE CITY OF OVILLA, TEXAS, Appellant

 

V.

 

TRIUMPH DEVELOPMENT COMPANY, Appellee

 

 



On Appeal from the 40th District Court

Ellis County, Texas

Trial Court Cause No. 73677

 

 

 



MEMORANDUM
OPINION

This is an appeal from a
judgment signed March 14, 2008.

            On April 19, 2010, the parties filed a joint motion to
reverse the judgment and remand the cause to the trial court.  See Tex. R. App. P. 42.1.  The motion is
granted.

            Accordingly, the judgment is reversed and the cause remanded
to the trial court to effectuate the settlement agreement of the parties.

                                                                                    PER
CURIAM

 

 

Panel
consists of Justices Yates, Frost, and Brown.